KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WV BAR 0722)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3680

Attorneys for the Plaintiff

**FILED**

FEB - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>NOEL GIBSON,<br><br>              Defendant. | ) <br>)<br>) No. CR-06-00740-SBA<br>)<br>) STIPULATION AND ORDER<br>) FOR CONTINUANCE OF STATUS<br>) <u>CONFERENCE</u><br>)<br>)<br>)<br>)<br>) |

     It is hereby stipulated, by and between the parties that the status conference currently scheduled for Tuesday, February 6, 2007 at 9:00 a.m., shall be continued to Tuesday, February 20, 2007 at 9:00 a.m., or to a new date and time thereafter convenient to this Court.

     It is also stipulated that the period from February 6, 2007 to February 20, 2007 shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(c).  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice served by granting a continuance.

     Such continuance is required because the discovery in this case is not complete, therefore additional time is needed to acquire the discovery recently requested by the defense, and for both counsel to review the discovery.  Moreover, government counsel will be out of state part of the

week of February 12th, working on another criminal case. This continuance will allow for continuity of government counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv).

As such, the parties respectfully request that the matter be continued to February 20, 2007 at 9:00 a.m. for status.

DATED: February 2, 2007                Respectfully submitted,


                                       /s/
                                       KIMBERLY M. BRIGGS
                                       Assistant United States Attorney


DATED: February 2, 2007                /s/
                                       JEROME MATTHEWS
                                       Attorney for Noel Gibson

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.


Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for the purposes of continuity of government counsel and for adequate preparation of the case by both parties pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv) the Court warrants an exclusion of time under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the status conference currently scheduled for February 6, 2007 at 9:00 a.m., shall be continued to Tuesday, February 20, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**


DATED:
2/5/07                                 _____
                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge