SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KIMBERLY M. BRIGGS (CSBN 132043)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA  94612
    Telephone: (510) 637-3680

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOEL GIBSON, ) <br> ) <br> Defendant. ) <br> ) | No. CR-06-00740-SBA <br><br> STIPULATION AND ORDER <br> FOR CHANGE OF PLEA AND <br> <u>SENTENCING HEARING</u> |

       It is hereby stipulated, by and between the parties that the change of plea and sentencing hearing be scheduled for December 4, 2007.

       The parties submitted a proposed plea agreement to the Court on September 10, 2007. The plea agreement is offered under Federal Rule of Criminal Procedure 11(c)(1)(C).  As a result, the parties also stipulate that the period from September 11, 2007 to December 4, 2007 shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, Title 18 U.S.C. Section 3161(h)(I).  This section allows for the exclusion of time when the delay is resulting from the Court's consideration of a proposed plea agreement.

//

//

As such, the parties respectfully request that the matter be scheduled for change of plea and sentencing on December 4, 2007.

DATED: September 11, 2007          Respectfully submitted,


                                   _____/s/_____
                                   KIMBERLY M. BRIGGS
                                   Assistant United States Attorney


DATED:                             _____/s/_____
                                   JEROME MATTHEWS
                                   Attorney for Noel Gibson

Based on the stipulation of the parties above, the Court hereby finds that to allow the Court time to consider the proposed plea agreement, the time between September 11, 2007 and December 4, 2007, is excluded pursuant to 18 U.S.C. Section 3161(h)(I) of the Speedy Trial Act.

Therefore, it is hereby ordered that the change of plea and sentencing hearing shall be scheduled for December 4, 2007.

**IT IS SO ORDERED.**


DATED: 9/12/07

                                   _____
                                   SAUNDRA BROWN ARMSTRONG
                                   United States District Judge